The Honorable Stanley A Bastian

Kaleigh N. Boyd, WSBA #52684
Joan M. Pradhan, WSBA #58134
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: 206-682-5600

*Attorneys for Plaintiff*

Logan F. Peppin, WSBA #55704
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: 206-332-1380

*Attorneys for Defendant*

*[Additional Counsel Listed on Signature Page]*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAE WHITMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>WHITMAN COUNTY PUBLIC HOSPITAL DISTRICT #3, d/b/a WHITMAN HOSPITAL & MEDICAL CENTER,<br><br>      Defendant. | NO. 2:25-cv-00246-SAB<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY** |

Plaintiff Rae Whitman ("Plaintiff") and Defendant Whitman County Public

Hospital District No. 3 d/b/a Whitman Hospital and Medical Clinics

JOINT NOTICE OF SETTLEMENT AND MOTION TO
STAY- 1

("Defendant")[1], together the "Parties", by and through their undersigned counsel, hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court stay all case deadlines for 45 days from the day the Court grants the instant order. Pursuant to this proposal, within 45 days, Plaintiffs will either move for preliminary approval or the Parties will submit a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for 45 days from the date the Court grants the instant order, at which time Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

DATED this 3rd day of November, 2025.

TOUSLEY BRAIN STEPHENS PLLC

By:*s/Kaleigh N. Boyd*
Kaleigh N. Boyd
Joan M. Pradham

---

[1] Defendant was erroneously sued as "Whitman County Public Hospital District #3, d/b/a Whitman Hospital & Medical Center."

JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY- 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: 206-682-5600
kboyd@tousley.com
jpradham@tousley.com

Jeff Ostrow, *pro hac vice forthcoming*
Ken Grunfeld, *pro hac vice forthcoming*
Kopelowitz Ostrow, P.A.
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 3301
Tel: 954-332-4200
ostrow@kolawyers.com
grunfeld@kolawyers.com

*Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**

By: *s/Logan F. Penn*
Logan F. Peppin, WSBA #55704
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
E-mail: lpeppin@bakerlaw.com

Casie Collignon, *admitted pro hac vice*
**BAKER & HOSTETLER, LLP**
1801 California Street, Suite 4400
Denver, CO 80202
E-mail: ccollignon@bakerlaw.com

*Attorneys for Defendant*

JOINT NOTICE OF SETTLEMENT AND MOTION TO
STAY- 3