The Honorable Stanley A Bastian

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

RAE WHITMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WHITMAN COUNTY PUBLIC HOSPITAL DISTRICT #3, d/b/a WHITMAN HOSPITAL & MEDICAL CENTER, ,

Defendant.

NO. 2:25-cv-00246-SAB

**DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Kaleigh N. Boyd declare under penalty of perjury as follows:

1.      I am an attorney duly admitted to the bar of the state of Washington. I am admitted to practice in this Court. I am an associate attorney of the law firm Tousley Brain Stephens, PLLC.

2.      I submit this declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1

3.      Plaintiff Rae Whitman and Defendant Whitman County Public Hospital District No. 3 d/b/a Whitman Hospital & Medical Clinics ("Whitman" or "Defendant") have reached an agreement to settle this Litigation pursuant to the terms of the Settlement Agreement.[1]

4.      The Settlement provides substantial benefits to the Settlement Class, including: (i) Documented Losses up to $5,000.00; or (ii) an Alternate Cash Payment in the estimated amount of $60.00; and (iii) Credit Monitoring services for two years. These Settlement Benefits will be paid from a $500,000.00 non-reversionary Settlement Fund.

5.      The proposed Settlement was agreed to following extensive arm's-length settlement discussions between the Parties. The Parties engaged in extensive informal discovery—exchanging information related to the nature and cause of the Data Incident, the number of individuals impacted by the Data Incident, and the specific type of information potentially assessed. Plaintiff also consulted with liability and damage experts. The Parties exchanged non-public information concerning the Data Incident, its scope, and remedial measures being undertaken by Defendant. After significant discovery took place, the Parties agreed to explore settlement. Through these well-informed negotiations spanning

---

[1] All capitalized terms not otherwise defined herein shall have the meanings set forth in the Settlement Agreement. The Settlement Agreement is attached as **Exhibit 1** to Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

over the course of many weeks, the Parties were able to reach a settlement, which is memorialized in the Settlement Agreement. These negotiations were the product of serious arms'-lengths negotiations that were free from collusion. The Parties did not discuss payment of service awards nor attorney's fees and expenses until after the principal terms of the Settlement were agreed to.

6.    The Settlement was achieved only after a thorough investigation that culminated in the consideration of relevant informal and discovery and weeks of settlement negotiations. By the time the Settlement in principle was reached, Plaintiff's Counsel were well informed of the strengths and weaknesses of the case.

7.    This settlement is an excellent result for Plaintiff and the Settlement Class, particularly in light of the challenges posed and the inherent risks attendant to protracted and complex litigation. Given the heavy obstacles and inherent risks Plaintiff faced with respect to the novel claims brought in data breach class actions, including class certification, summary judgment, and trial, the substantial benefits the settlement provides favors preliminary approval of the Settlement.

8.    After the Settlement was reached, Class Counsel undertook a competitive bidding process to achieve an excellent Settlement Administrator for the Settlement Class. The Parties selected Eisner Advisory Group, LLC ("EAG"). EAG is a well-known firm with a history of successfully administering many

DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 3

class action settlements, including other data breach settlements. EAG has a trusted and proven track record of supporting thousands of class action administrations. The Parties selected EAG after considering bids from multiple administration firms and believe that EAG will be able to meet the obligations imposed on the Settlement Administrator under the settlement for a reasonable cost.

9. The Parties agreed that, as part of the Settlement, Class Counsel will seek an award of attorneys' fees and costs not to exceed one-third (33.33%) of the Settlement Fund. The Notices inform the Settlement Class that Class Counsel will be seeking such fees and costs. As mentioned above, the discussion of attorneys' fees and costs did not take place until after the Parties agreed to all material settlement terms. Class Counsel's fee request is well within the range of reasonableness for Settlements of this nature and size.

10. In recognition of Plaintiff's time and effort expended in pursuing the litigation and in fulfilling her obligations and responsibilities as the representative of the Settlement Class, Plaintiff's Counsel will ask the Court to approve a Service Award of $3,000.00 for the named Plaintiff. The Notices inform the Settlement Class that proposed Class Counsel will seek a Service Award for Plaintiff. Plaintiff has no conflicts of interest with other Settlement Class

DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Members, is subject to no unique defenses, and she and her counsel have and continue to vigorously prosecute this case on behalf of the Settlement Class.

11. It is our opinion that the Settlement is fair, reasonable, and adequate considering the challenges presented as well as the risks and delays attendant to further protracted litigation. This view is informed by our combined decades of work litigating complex actions. We have extensive experience in successfully litigating data breach class actions. *See* **Exhibit A** (resumé of Tousley Brain Stephens PLLC) and **Exhibit B** (resumé of Kopelowitz Ostrow P.A). Having worked on behalf of the putative Settlement Class since the Data Incident was first announced, evaluated the legal and factual disputes, and dedicated significant time and monetary resources to this Litigation, Class Counsel fully endorse the Settlement achieved.

12. Plaintiff's Counsel represent that there are no agreements related to the settlement other than those reflected in the Settlement Agreement itself and an agreement with EAG to perform notice and settlement administration services if the Motion is granted by the Court.

13. The Class Representative has also demonstrated her adequacy by: (i) selecting well-qualified Counsel; (ii) producing information and documents to Class Counsel to develop the allegations and during discovery; (iii) being available as needed throughout the litigation; and (iv) monitoring the Litigation.

DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Plaintiff does not have any interests antagonistic to other Settlement Class Members. The Class Representative supports the Settlement reached.

14.    It is my opinion that the proposed class action Settlement is fair, reasonable, and adequate and is an outstanding result for the Settlement Class Members in light of the significant challenges faced.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 12, 2026          Respectfully submitted,



                                 */s/Kaleigh N. Boyd*
                                 Kaleigh N. Boyd, WSBA #58134

DECLARATION OF KALEIGH N. BOYD IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT - 6

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992